UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIEN EAST,<br>　　　　　　　　　　　Plaintiff,<br><br>~Against~<br><br>DIGITAL INFRASTRUCTURE INC. (DIMO),<br>ROB SOLOMON,<br>YEVGENY KHESSIN,<br>JDI GLOBAL (via their subsidiary HASHDOG),<br>YIMING WANG,<br>JOHN DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence),<br>JANE DOES 1-10 (names being fictitious and used to connote an unidentified person responsible for this occurrence), and<br>ABC CORPORATIONS 1-1O (names being fictitious and used to connote unidentified entities responsible for this occurrence)<br>　　　　　　　　　　　Defendants. | Case Number: 24-cv-8521<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

　　　　PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Brien East, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice as to Defendants JDI GLOBAL (via their subsidiary HASHDOG) and YIMING WANG only.

　　　　This notice is submitted prior to service of an answer or a motion for summary judgment by either of these Defendants. Both JDI Global and Yiming Wang are, upon information and belief, domiciled outside the United States, and Plaintiff has been unable to identify a reliable address for service despite diligent efforts. Accordingly, this dismissal is made without prejudice and without need for a court order under Rule 41(a)(1)(A)(i).

　　　　This dismissal does not affect Plaintiff's claims against the remaining Defendants in this action.

Dated: March 24, 2025
New York, New York　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Tyrone A. Blackburn, Esq.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tyrone A. Blackburn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　T. A. Blackburn Law, PLLC