# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
40 Exchange Place, 20th Floor
New York, NY 06510

Telephone: 203.293.7085

www.kaufmandolowich.com

**Stacey L. Pitcher**
stacey.pitcher@kaufmandolowich.com

September 26, 2025

*FILED ELECTRONICALLY VIA ECF*
Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Brien East v. Digital Infrastructure Inc.*, 24-cv-08521-FB-SDE

Dear Judge Block:

    The undersigned represents Defendants Digital Infrastructure Inc. ("DIMO"), Rob Solomon and Yevgeny Khessin ("Defendants") in the above-referenced action.

    Defendants seek a brief extension of time within which to file the stipulation of dismissal. The parties have been working diligently to complete the prerequisites for the filing of the stipulation and Defendants believe that these prerequisites have been met, but need confirmation before filing the stipulation. Accordingly, Defendants request that the deadline to file a stipulation of dismissal in this action be adjourned until October 3, 2025.

    I thank the Court for its consideration of this matter.

Respectfully submitted,

*Stacey Pitcher*

_____
Stacey L. Pitcher

cc:    All Counsel of Record (via ECF)